SKF USA, INC., AB SKF, SKF GMBH, SKF GLEITLAGER GMBH, SKF FRANCE, SARMA, RIV-SKF INDUSTRIE, S.P.A., SKF SVERIGE, AB, AND SKF (U.K.) LTD., PLAINTIFFS *v.* U.S. DEPARTMENT OF COMMERCE AND BARBARA HACKMAN FRANKLIN, SECRETARY, U.S. DEPARTMENT OF COMMERCE, DEFENDANTS, AND TORRINGTON CO., DEFENDANT-INTERVENOR

Court No. 89–06–00330

(Dated October 19, 1992)

### PARTIAL JUDGMENT

TSOUCALAS, *Judge:* The Court having received and reviewed the correction of the 2nd remand results in the above-captioned case, filed by the Department of Commerce, International Trade Administration, on August 18, 1992, and no responses to those results having been submitted by the parties, it is hereby

ORDERED that the remand results filed by the Department of Commerce, International Trade Administration, on August 18, 1992 are affirmed.

RHP BEARINGS, ET AL., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO. AND FEDERAL-MOGUL CORP., DEFENDANT-INTERVENOR

Court No. 91–08–00560

(Dated October 19, 1992)

TSOUCALAS *Judge:* The court having received and reviewed the remand results in the above-captioned case, filed by the Department of Commerce, International Trade Administration, on August 18, 1992, and no responses to those results having been submitted by the parties, and the Court, upon due deliberation, having determined that all issues raised in the pleadings have been resolved,

IT IS HEREBY ORDERED that the remand results filed by the Department of Commerce, International Trade Administration, on August 18, 1992 are affirmed; and it is further

ORDERED that this action is dismissed.